*Order Entered March 22, 2004:*

People v Cardenas, Docket No. 242977. The Court orders that a special
panel shall be convened pursuant to MCR 7.215(J) to resolve the conflict
between this case and *People v Matelic*, 249 Mich App 1; 641 NW2d 252
(2001).

The Court further orders that the opinion in this case released on February 24, 2004, is vacated. MCR 7.215(J)(5).

The appellant may file a supplemental brief within 21 days of the
Clerk's certification of this order. The appellee may file a supplemental
brief within 21 days of service of the appellant's brief. Nine copies must
be filed with the Clerk of the Court.